IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00244 |
| | ) | Judge Trauger |
| STEVEN NEWSOME | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 4) shall be held on Friday, February 21, 2014, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 4th day of February 2014.

 _____
ALETA A. TRAUGER
U.S. District Judge